Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

PAUL ALSTON           1126
J. BLAINE ROGERS      8606
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:  palston@ahfi.com
         brogers@ahfi.com

Attorneys for Defendants
AMERICAN HOME MORTGAGE
SERVICING, INC. and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MICHAEL DAVID GOYNE,<br><br>　　　　Plaintiff,<br>　vs.<br><br>AMERICAN HOME MORTGAGE ACCEPTANCE, INC; AMERICAN HOME MORTGAGE SERVICING, INC.; AMERICAN HOME MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); JOHN DOES 1 through 10; JANE DOES 1 through 10; DOE CORPORATIONS 1 through 10; | Case No. CV11-00765 JMS-BMK<br><br>**CERTIFICATE OF SERVICE**<br><br>(Re: 1) *Defendants American Home Mortgage Servicing, Inc., and Mortgage Electronic Registration Systems, Inc.'s First Request for Answers to Interrogatories to Plaintiff Michael David Goyne and* 2) *Defendants American Home Mortgage Servicing, Inc., and Mortgage Electronic Registration Systems, Inc.'s First Request for Production* |

9707-38

| | |
|---|---|
| and DOE UNINCORPORATED ASSOCIATIONS, INCLUDING PARTNERSHIPS 1 through 10; and DOES 1-50,<br><br>    Defendants. | *of Documents and Things to Plaintiff Michael David Goyne)* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, the original and one copy of (1) (*Defendants American Home Mortgage Servicing, Inc and Mortgage Electronic Registration Systems, Inc.'s First Request for Answer to Interrogatories to Plaintiff Michael David Goyne;* and (2) *Defendants American Home Mortgage Servicing, Inc and Mortgage Electronic Registration Systems, Inc.'s First Request for Production of Documents and Things to Plaintiff Michael David Goyne* were served via hand delivery on the following at his last known addresses:

9707-38

**R. Steven Geshell**
345 Queen Street, Suite 709
Honolulu, HI 96813

Attorney for Plaintiff
MICHAEL DAVID GOYNE

DATED: Honolulu, Hawai`i, May 15, 2012.

                          /s/ J. Blaine Rogers
                          PAUL ALSTON
                          J. BLAINE ROGERS

                          Attorneys for Defendants
                          AMERICAN HOME MORTGAGE
                          SERVICING, INC. and MORTGAGE
                          ELECTRONIC REGISTRATION
                          SYSTEMS, INC.